IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANA CHERYL RIVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-0369-P-L |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated August 23, 2005 (doc.25), is hereby ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that plaintiff's Application For Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (doc.23), be and is hereby GRANTED, and that plaintiff's counsel, Byron A. Lassiter, be awarded an attorney's fee in the amount of $2,087.50 (16.70 hours x $125.00 per hour = $2,087.50).

DONE this 21st day of October, 2005.

    S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE