IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANA CHERYL RIVERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 04-0369-P-L |
| | ) |
| JO ANNE B. BARNHART, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with this court's Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's counsel, Byron A. Lassiter, be awarded an attorney's fee, pursuant to 28 U.S.C. § 2412, in the amount of $2,087.50 (16.70 hours x $125.00 per hour = $2,087.50).

DONE this 21st day of October, 2005.


    S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE